AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Lois Greenfield | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13 CV 9025 |
| Jill Pankey | ) |
| *Defendant* | ) JUDGE GARDEPHE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jill Pankey

105 E. Sierra Circle

San Marcos, Texas 78666

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tannenbaum Helpern Syracuse & Hirschtritt, LLP
900 Third Avenue
New York, N.Y. 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

DEC 2 0 2013

CLERK OF COURT

Date: _____        *(signature)*
                             *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**LOIS GREENFIELD**

Plaintiff(s), Petitioner(s)

*against*

**JILL PANKEY**

Defendant(s), Respondent(s)

ATTORNEY: Tannenbaum, Helpern, Syracuse & Hirschtritt, LLP.

Index No.: 13 CIV 9025

DATE OF FILING: 12/20/2014

## AFFIDAVIT OF SERVICE

STATE OF TX.: COUNTY OF HAYS:  ss:

I, Patrick Keenan, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in the state of Texas, .

That on **January 13, 2014 at 8:45 AM at 105 E. Sierra Circle, San Marcos, TX 78666**, deponent served the **Civil Cover Sheet, Summons in a Civil Action; Civil Complaint; Amended Civil Complaint; Individual Rules of Practice of Judge Paul G. Gardephe Civil Cases; Attachment A: Default Judgment Procedure** upon **Jill Pankey**, defendant/respondent/recipient herein .

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **Jill Pankey**, personally; deponent knew said person so served to be the person mentioned and described as said defendant/respondent/recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:   Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **45-50** Height(Approx): **5' 6"** Weight(Approx): **120-130 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Patrick Keenan,

Sworn to before me on January /3 2014

TERRI LYNN KEENAN
MY COMMISSION EXPIRES
July 31, 2015

Executive Attorney Services, 585 Stewart Ave, Ste LL-16, Garden City, NY 11530 (516) 333-3447

Case No.: 157211