IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/14
```

-------------------------------------------------- X
LOIS GREENFIELD,                                   :   ECF Case
                                                   :
                    Plaintiff,                     :   1:13-cv-09025-PGG
                                                   :
v.                                                 :   Hon. Paul G. Gardephe
JILL PANKEY,                                       :
                    Defendant.                     :   ORDER FOR ADMISSION
                                                   :   PRO HAC VICE
-------------------------------------------------- X

The motion of Tracy J. Willi for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Texas; and that her contact information is as follows:

Tracy J. Willi
Willi Law Firm, P.C.
100 Congress Ave., Suite 1530
Austin, TX 78701
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Jill Pankey in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. *The Clerk of the Court will terminate Dkt. No. 4.*

Dated: Jan. 31, 2014

_____
United Stated District/Magistrate Judge