```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
LOIS GREENFIELD

        Plaintiff,

    - against -

JILL PANKEY

        Defendant.

--------------------------------------------------------------- x

STIPULATION AND ORDER
ECF CASE

13 CIV. 9025 (PGG, FM)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the time within which defendant Jill Pankey may move or answer in response to the amended complaint is adjourned from February 3, 2014 to and including February 10, 2014. This is the first request for an extension of time requested by either party in this case.

Dated: New York, New York
       January 30, 2014

WILLI LAW FIRM, P.C.

By: _____
    Tracy J. Willi
Willi Law Firm, P.C.
100 Congress Ave., Suite 1530
Austin, Texas 78701
Tel: (512) 288-3200
Fax: (512) 288-3202
twilli@willi.com

*Attorneys for Defendant*

TANNENBAUM HELPERN SYRACUSE
&amp; HIRSCHTRITT LLP

By: _____
    Andrew Berger
900 Third Avenue
New York, NY 10022
Tel.: (212) 702-3167
Fax: (212) 371-1084
berger@thsh.com

*Attorneys for Plaintiff*

SO ORDERED:

_____  Jan. 31, 2014
U.S.D.J.

[993238-1]