UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: April 25, 2014 |

LOIS GREENFIELD,

                              Plaintiff,

        - against -

JILL PANKEY,

                              Defendant.

**ORDER**

13 Civ. 9025 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to jurisdictional discovery in this matter:

    1.  Plaintiff will serve any document requests by **April 29, 2014**.

    2.  Defendant will respond to Plaintiff's document requests by **May 29, 2014**.

        It is further ORDERED that Plaintiff will submit a letter to the Court by **June 5, 2014**, advising the Court whether Plaintiff wishes to pursue this action and, if so, proposing a briefing schedule for Defendant's motion to dismiss.

Dated:  New York, New York
        April 24, 2014

                        SO ORDERED.

                        Paul G. Gardephe
                        United States District Judge